

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-9-2006

# Mash Entr Inc v. Prolease Atl Corp

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-1821

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Mash Entr Inc v. Prolease Atl Corp" (2006). *2006 Decisions.* Paper 1613.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1613

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos: 04-1821/3422

MASH ENTERPRISES, INC, f/k/a HUMAN RESOURCE OPTIONS,
INC.; PROFESSIONAL LEASING CONCEPTS, INC.

v.

PROLEASE ATLANTIC CORPORATION; PROFESSIONAL STAFF LEASING
CORPORATION; BALAJI RAMAMOORTHY, a/k/a Bala Ram; REBECCA
RAMAMOORTHY, a/k/a Becky Ram; ASPI IRANI; ALBERT HAWK;
CHARLES EHRIG

v.

HOWARD VOGEL; MARK FRIED, Counter Defendants

Mash Enterprises, Inc., f/k/a Human Resources Options, Inc.,
Howard Vogel, and Mark Fried,

Appellants

Present: Sloviter, McKee & Rosenn[*], Circuit Judges

**ORDER**

**AND NOW,** upon consideration of the Petition for Panel Rehearing filed in this

case, it is hereby ORDERED that page lines 3-5 on page 15 of the Opinion dated

December 29, 2005, are hereby amended to read as follows: "After the set-offs, the most

ProLease Atlantic could owe to MASH is about $325,884 plus interest at the rate

---

[*]The language for this Order was drafted by Judge Rosenn, the author of the
Opinion, before he died. However, the Order was not filed until after Judge Rosenn's
death.

specified by the contract.  This represents only about 17% of what MASH claimed was still due under the contract."

By the Court,

/s/ Theodore A. McKee

DATED: February 9, 2006